# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 24, 2011

No. 10-31005
Summary Calendar

Lyle W. Cayce
Clerk

In the Matter of: MICHAEL L. JONES,

Debtor

------------------------------------------------------------------------------------

Wells Fargo Bank, N.A.,

Appellee

v.

Michael L. Jones,

Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:07-CV-3599

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Michael Jones appeals the bankruptcy court's decision to respond to misconduct by Wells Fargo Bank with an injunction rather than monetary

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-31005

sanctions.  We recently reversed the underlying injunction in *In re Stewart*.[1]

Therefore, we REMAND for further consideration in light of that opinion.

---

[1] No. 09-30832, 2011 WL 2937178 (5th Cir. July 22, 2011).